

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2021
```

January 5, 2021

**VIA ECF**
Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Romero v. River Street Sweets, Inc.*; Civil Action No. 1:20-cv-09471-AT*

Dear Judge Torres,

    The undersigned represents Plaintiff Jose Romero (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for January 12, 2021 at 10:20 a.m. It is now January 5, 2021, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

    In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

    Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

GRANTED in part, DENIED in part. The conference scheduled for January 12, 2021, is ADJOURNED to **February 11, 2021**, at **10:40 a.m.** By **February 4, 2021**, the parties shall submit their joint letter and proposed case management plan. Plaintiff shall complete service within 90 days of filing the complaint pursuant to Federal Rule of Civil Procedure 4(m), unless good cause is shown to extend that time.

SO ORDERED.

Dated: January 5, 2021
      New York, New York

ANALISA TORRES
United States District Judge