

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2021
```

February 3, 2021

**VIA ECF**
Hon. Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Romero v. River Street Sweets, Inc.; Case No. 1:20-cv-09471-AT

Dear Judge Torres,

The undersigned represents Plaintiff Josue Romero (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for February 11, 2021 at 10:40 a.m. It is now February 3, 2021 and Defendant has yet to appear. Defendants answer was due January 25, 2021. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, River Street Sweets, Inc., and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

In light of the above, the undersigned requests that the February 11th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain said Certificate of Default and present the Court with an Order to Show Cause for default judgment if Defendant fails to appear.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

GRANTED.  The conference scheduled for February 11, 2021, is ADJOURNED *sine die*.  By **March 5, 2021**, Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated: February 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge